| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   **LV Benzene, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   **87-3122943**

4. **Debtor's address**

   **Principal place of business**  
   **10161 W. Park Run Dr., #150**  
   **Las Vegas, NV 89145**  
   Number, Street, City, State & ZIP Code

   **Clark**  
   County

   **Mailing address, if different from principal place of business**  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **LV Benzene, LLC**  
      Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:* |

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____  
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor **LV Benzene, LLC**
      Name

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | | Relationship |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply*.)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **LV Benzene, LLC**                                            Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/28/2025
               MM / DD / YYYY

X /s/ _____         **Houshang Neyssani**
Signature of authorized representative of debtor      Printed name

Title    **Manager**

**18. Signature of attorney**

X /s/ Matthew C. Zirzow        Date _____
Signature of attorney for debtor          MM / DD / YYYY

**Matthew C. Zirzow 7222**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone   **702-382-1170**      Email address   **mzirzow@lzlawnv.com**

**7222 NV**
Bar number and State

Debtor **LV Benzene, LLC**
Name

Case number *(if known)* _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **HMC Partners, LLC** | | | Relationship to you | **Affiliate** |
| District | **Nevada** | When | **2/28/25** | Case number, if known | **25-11148** |
| Debtor | **Lavissani, LLC** | | | Relationship to you | **Affiliate** |
| District | **Nevada** | When | **2/24/25** | Case number, if known | **25-10964** |

# ACTION BY UNANIMOUS WRITTEN CONSENT OF THE SOLE MANAGER AND MEMBER OF LV BENZENE, LLC, a Delaware limited liability company

The undersigned, being the sole manager of LV BENZENE, LLC, a Delaware limited liability company (the "Company"), and being authorized to so act in accordance with the Company's Operating Agreement and applicable state law, hereby approves and adopts the following resolutions effective as of February 27, 2025:

WHEREAS, the Company, having determined that in its judgment, and upon the advice of counsel, that it is desirable and in the best interests of the Company and its creditors and other interested parties, as applicable, that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

BE IT THEREFORE RESOLVED, the Company shall file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") and take all steps necessary thereto, and the Company is authorized to employ LARSON & ZIRZOW, LLC to represent it in the proceeding as bankruptcy counsel.

BE IT FURTHER RESOLVED, that HOUSHANG NEYSSANI (the "Authorized Person") shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition, schedules, and any amendments thereto under chapter 11 of the Bankruptcy Code, and to cause the same to be filed with the Bankruptcy Court as soon as he shall determine, and take all other reasonable steps thereafter in such bankruptcy case.

BE IT FURTHER RESOLVED, that the Authorized Person shall be designated as the responsible person in the Company's bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

BE IT FURTHER RESOLVED that any and all past actions taken by the Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, hereby approves the foregoing effective as of the date set forth above.

LV BENZENE, LLC,
a Delaware limited liability company:

By: _____


By: _____

**Fill in this information to identify the case:**

Debtor name: LV Benzene, LLC

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Bernard Company LLC<br>Attn: William Glasser<br>2860 Gold Tailing Ct.<br>Rancho Cordova, CA 95670 | | Purchase Price under Purchase Agreement | Contingent | | | $5,800,000.00 |
| National Mortgage Resources, Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>3415 S. Sepulveda Blvd., Ste. 1101<br>Los Angeles, CA 90034 | | | | | | $760,000.00 |
| PIVS Felix, Inc.<br>c/o David Arnold, Registered Agent<br>14813 S New Maple Dr.<br>Herriman, UT 84096 | | | | | | $118,400.00 |

# United States Bankruptcy Court
## District of Nevada

In re   **LV Benzene, LLC**                                               Case No. _____

                                          Debtor(s)                       Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   2/28/2025

_____
Houshang Neyssani/Manager
Signer/Title

LV Benzene, LLC
10161 W. Park Run Dr., #150
Las Vegas, NV 89145

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankrup
6401 Security Blvd.
Baltimore, MD 21235

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Nevada Dept. of Taxation
Attn: Bankruptcy Section
700 E. Warm Spring Rd. Ste 200
Las Vegas, NV 89119

National Mortgage Resources, Inc.
Attn: Bankruptcy Dept/Managing Age
3415 S. Sepulveda Blvd., Ste. 1101
Los Angeles, CA 90034

PIVS Felix, Inc.
c/o David Arnold, Registered Agent
14813 S New Maple Dr.
Herriman, UT 84096

The Bernard Company LLC
Attn: William Glasser
2860 Gold Tailing Ct.
Rancho Cordova, CA 95670

HSK Properties, LLC
Attn: Virginial Murillo, Managing Mem
401 Ryland St., STE 200-A
Reno, NV 89502

California Dep't of Tax & Fee Admin.
Account Info Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Commerce Escrow
Attn: Dwayne Butler
1055 Wilshire Blvd., Suite 1000
Los Angeles, CA 90017

Franchise Tax Board
Bankruptcy Section, MS A340
PO Box 2952
Sacramento, CA 95812-2952

H.S.K. Investments, LLC
6101 W. Slauson Ave.
Culver City, CA 90230

H.S.K. Properties, LLC
Attn: Steve Ithurburn
18185 Hummingbird Dr.
Penn Valley, CA 95946

H.S.K. Properties, LLC
Attn: Melody Eshaghiam
871 Von Geldern Way
Yuba City, CA 95991

Hilton & Hyland Real Estate
Attn: Chris Mara
257 N. Canon Dr., 2nd Floor
Beverly Hills, CA 90210

Houshang Neyssani
401 Ryland St. Suite 200-A
Reno, NV 89502

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Los Angeles County Assessor
Attn: Bankruptcy Dept/Managing Agent
500 W. Temple Street, Rm 225
Los Angeles, CA 90012

Los Angeles County Treasurer & Tax Col
Attn: Bankruptcy Dept/Managing Agent
PO Box 54110
Los Angeles, CA 90054

U.S. Small Business Administration
Attn: Office of General Counsel
312 N. Spring St., Fifth Floor
Los Angeles, CA 90012